Morris A. Tyng, Appellant, *v.* The Theological Seminary of the Protestant Episcopal Church in the Diocese of Ohio, Respondent.

(Argued October 12, 1881; decided October 25, 1881.)

*O. P. Buel* for appellant.

*Stephen P. Nash* for respondent.

Agree to affirm order and for judgment absolute against plaintiff on stipulation; no opinion.
All concur.
Order affirmed and judgment accordingly.